

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-17-00139-CV

IN RE K.A.            RELATOR

----------

ORIGINAL PROCEEDING
TRIAL COURT NO. 231-438958-08

----------

## MEMORANDUM OPINION[1]

----------

The court has considered relator's petition for writ of habeas corpus and relator's emergency motion for temporary relief and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of habeas corpus and relator's emergency motion for temporary relief are denied.

PER CURIAM

PANEL: WALKER, GABRIEL, and KERR, JJ.

DELIVERED: April 27, 2017

---

[1]See Tex. R. App. P. 47.4.